**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | CV 19-7406 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PARK GREEN PROPERTIES, L.P.; MAJESTIC GLEN ASSOCIATES INC.; HOLLYWOOD SUPER MARKET INC., | |
| Defendants. | |

Pursuant to the Court's August 12, 2020 Minute Order granting the Motion for Summary Judgment filed by defendant Hollywood Super Market Inc., which dismissed as moot the Americans with Disabilities Act ("ADA") claim asserted by plaintiff Brian Whitaker ("Plaintiff") against defendants Park Green Properties, L.P., Majestic Glen Associates Inc., and Hollywood Super Market Inc. (collectively "Defendants"), and the Court's September 4, 2019 Minute Order, which declined to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs.

DATED: August 12, 2020

                                                  Percy Anderson
                                      UNITED STATES DISTRICT JUDGE